IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 3:15-CR-00324-K (1) |
| | § | |
| DEGARYON GULLETTE, | § | |
| Defendant | § | |

**MEMORANDUM ADOPTING REPORT AND
<u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge David L. Horan for consideration.  The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order.  Defendant having waived allocution before this Court as well as his right to object to the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court.  It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of Twelve months and One Day (with Credit for Time Served), with No further terms of Supervised Release to follow.

The Court recommends that Defendant be allowed to serve his sentence at FMC Fort Worth, if appropriate.

SO ORDERED.

Signed May 10th, 2022.

_____

ED KINKEADE
UNITED STATES DISTRICT JUDGE

PAGE 2